UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| - v. - | : | 21 Cr. |
| EDUAR VIDAL, | : | 21 CRIM 726 |
| Defendant. | : | |

COUNT ONE
(Conspiracy to Commit Bank Fraud)

The Grand Jury charges:

1. From at least in or about June 2015 up to and including at least in or about March 2016, in the Southern District of New York and elsewhere, EDUAR VIDAL, the defendant, and others known and unknown, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit bank fraud, in violation of Title 18, United States Code, Section 1344.

2. It was a part and an object of the conspiracy that EDUAR VIDAL, the defendant, and others known and unknown, willfully and knowingly, would and did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the National Credit Union Share Insurance Fund ("NCUSIF"), and to obtain moneys, funds, credits, assets, securities, and other

property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

(Title 18, United States Code, Section 1349.)

COUNT TWO
(Bank Fraud)

The Grand Jury further charges:

3. From at least in or about June 2015 up to and including in or about March 2016, in the Southern District of New York and elsewhere, EDUAR VIDAL, the defendant, willfully and knowingly, did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the NCUSIF, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, VIDAL, who operated an auto dealership in the Bronx, New York, endorsed multiple checks that had been issued by multiple financial institutions as auto loans - including, at times, multiple loans for the same vehicle - and kept a portion of the loan proceeds, knowing that the

borrowers did not intend to purchase a vehicle.

(Title 18, United States Code, Sections 1344 and 2.)

FOREPERSON

DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**v.**

**EDUAR VIDAL,**

**Defendant.**

---

**INDICTMENT**

21 Cr.

(18 U.S.C. §§ 1344, 1349 and 2.)

DAMIAN WILLIAMS
United States Attorney

Foreperson

---

11/30/21 Filed Indictment
Case assigned to Judge Cote

USMJ Freeman

MG