```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :
                -v-                     :     21cr726 (DLC)
                                        :
EDUAR VIDAL,                            :        ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Criminal jury trials have resumed in the Southern District of New York. Jury trials are being conducted in compliance with the safety procedures implemented in this district. In order to comply with those safety procedures, jury trials require complex planning and coordination. This district is currently planning to accommodate criminal jury trials that should occur between April and June 2022.

At the initial conference held on December 7, 2021, the trial in this case was scheduled to occur on **May 31, 2022**. It is anticipated that, should the defendant wish to resolve the charges by entering a plea of guilty, he will confer with the Government and arrange with the Court to enter a plea no later than three weeks before the date scheduled for trial. It is hereby

ORDERED that defense counsel shall advise the Court by **February 8, 2022** whether the defendant currently intends to proceed to trial.

Dated:     New York, New York
           January 19, 2022

_____
DENISE COTE
United States District Judge