UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                -v-                     :     21cr726 (DLC)
                                        :
EDUAR VIDAL,                            :     ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the Final Pretrial Conference in this matter scheduled for May 25 is moved to **May 26, 2022 at 10:30 AM** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         May 12, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge