THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK PRINTED ON THE BACK. THE FRONT OF THE DOCUMENT HAS A THERMOCHROMIC [illegible]. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

OFFICIAL CHECK

ISSUED BY: MONEYGRAM PAYMENT SYSTEMS, INC.
P.O. BOX 9476 MINNEAPOLIS MN 55480
DRAWEE: THE BANK OF NEW YORK MELLON
EVERETT, MA

MCU
P.O. BOX 3205
CHURCH STREET STATION
NEW YORK, NY 10008-3205

13 No. 0002394963

5-709
110

Date: 06/27/15

$29,772.99

PAY EXACTLY ***29,772 Dollars 99 Cents

TO THE ORDER OF E & V AUTO SALES FOR TERRENCE T PATRICK

Drawer: Municipal Credit Union

TWO AUTHORIZED SIGNATURES REQUIRED

⑈0002394963⑈ ⑆011007092⑆01600123151810⑈

>021307559< 20150629
Community Bank, NA
21644 3746739

ENDORSE CHECK HERE

X

E & V AUTO SALES

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

**SPECIAL AGREEMENT OF DEALER**

By endorsing this check, the joint payee-dealer agrees that its collection of the proceeds of this check is subject to and conditioned upon (1) the registration of the 2012 BMW X6 M-Sport VIN # 5UXFG2C58CLX14482 in the name of Terrence Patrick only and (2) the placement of Municipal Credit Union of 22 Cortlandt Street, New York, NY 10007 (LFC #49750) as first lien holder on the title for such vehicle.

CITY CHECK CASHING, LLC
JUN 2 8 2015
LICENSE CHECK CASHER

FOR INFORMATION CONCERNING THIS INSTRUMENT CONTACT:
MONEYGRAM PAYMENT SYSTEMS INC.
1-800-[illegible]

Security features on this document include a Micro-Print Endorsement Line, Artificial Watermark and Invisible Fibers. Absence of these features may indicate alteration.