```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
                -v-                      :      21cr726 (DLC)
                                         :
EDUAR VIDAL,                             :         ORDER
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the jury trial in this case, originally scheduled to start on June 13, 2022, shall begin on **June 14, 2022 at 9:30 AM** in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:    New York, New York
          May 26, 2022

                                         _____
                                              DENISE COTE
                                         United States District Judge