```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
              -v-                        :    21cr726 (DLC)
                                         :
EDUAR VIDAL,                             :       ORDER
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the Final Pretrial Conference in this matter scheduled for May 26 is moved to **May 27, 2022 at 2:30 PM** in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         May 26, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge