```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :
                                        :
                -v-                     :       21cr726 (DLC)
                                        :
 EDUAR VIDAL,                           :       ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received on June 12, 2022, the Government's supplemental motion in limine, it is hereby

ORDERED that any opposition by the defendant to the supplemental motion may be filed in writing by **2:00 p.m. on Monday, June 13**, or may be made orally on **Tuesday, June 14, at 9:30 a.m.** in Courtroom 18B, 500 Pearl Street, New York, NY.

Dated:   New York, New York
         June 12, 2022

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　United States District Judge