```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
              -v-                       :     21cr726 (DLC)
                                        :
EDUAR VIDAL,                            :     ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the charging conference shall begin at **9:00 a.m.** in Courtroom 18B, 500 Pearl Street, New York, NY, on **June 21, 2022**. The defendant must be present.

IT IS FURTHER ORDERED that the jury charge shall be available to counsel at **8:00 a.m. on June 21** in Courtroom 18B.

Dated:  New York, New York
        June 20, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge