UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    21cr726 (DLC)
                                        :
            -v-                         :    ORDER
                                        :
EDUAR VIDAL,                            :
                            Defendant.  :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    The jury having return a verdict of guilty on both counts on June 21, 2022, it is hereby

    ORDERED that Probation shall prepare Presentence Report for this defendant. Defense counsel shall cooperate with Probation to make sure the defendant is interviewed within the next two weeks.

    IT IS FURTHER ORDERED that the sentencing in this matter shall take place on **October 6, 2022, at 2:00 PM** in **Courtroom 18B**, 500 Pearl Street.

    IT IS FURTHER ORDERED that the defendant's submissions regarding sentence shall be filed no later than **September 23**, and the Government's submissions shall be filed by **September 30**.

    SO ORDERED:

Dated:   New York, New York
         June 21, 2022

                                           DENISE COTE
                              United States District Judge