```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                -v-                     :      21cr726 (DLC)
                                        :
EDUAR VIDAL,                            :         ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing scheduled for October 6 in this matter is adjourned to October 19, 2022 at 11:00 AM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         September 21, 2022

_____
         DENISE COTE
United States District Judge