| Lender | Borrower | Account / Loan # | Amount Delinquent | Charged Off? |
|---|---|---|---|---|
| Chartway | Delfina Duarte | 1106209 | $34,474.74 | |
| Chartway | Terrence Patrick | 1104881 | $45,367.19 | |
| Chartway | Luis Ramos | 1106721 | $0.00 | |
| Municipal Credit Union (MCU) | | | | |
| Pentagon / Belvoir | Delfina Duarte | 5067437 | $42,810.19 | Yes |
| Pentagon / Belvoir | Terrence Patrick | 5056122 | $52,479.37 | Yes |
| Pentagon / Belvoir | Gloria Duarte | 5137464 | $39,382.95 | Yes |
| Pentagon / Belvoir | Ana Batista | 5168846 | $17,176.36 | Yes |
| State Department FCU | Delfina Duarte | 31099 | $42,865.28 | |
| Nasa FCU | Delfina Duarte | 409001 | $22,760.61 | |
| Wells Fargo | Ana Batista | 457-457-4619498-0001 | | |
| Wells Fargo | Delfina Duarte | 457-457-2725975-0001 | | |
| Navy FCU | Earl Joshua | 8263493 | $24,645.97 | |
| Digital FCU | Earl Joshua | 1137705 | $30,273.00 | Yes |
| PNC | Earl Joshua | 8120875855 | $30,843.75 | |
| | Earl Joshua | | | |
| | Gloria Duarte | | | |
| Bethpage | Gloria Duarte | | | |