September 20th, 2022

Honorable Judge Denise L Cote
United States Courthouse
500 Pearl St
New York, N.Y. 10007

Honorable Judge:

The reason for this letter is to apologize from the bottom of my heart for having failed God, you, my family and the United States. I hope you understand that I never wanted to do something illegal, I was the stupidest person to believe that what I was doing was legal and did not harm my life, my family, or society. I thought I had knowledge of the federal system because I experienced it firsthand for 5 years and I promised myself not to do anything that was against the law so as not to cause my family as much pain as I did once. This for me is a nightmare from which I have never found peace since all this began, my life and that of my family is being destroyed because of me being ignorant and also I believed in people who I thought knew about law because they had studied it, since I even looked for legal advice, as I always did every time someone made me any business proposal and I was not sure about it and that is why I was able to maintain that business for 12 years of which I was proud since that was what my children saw since God gave me gave me the opportunity to return to society.

I want to tell you from the bottom of my heart, knowing that God is there and that I will give account before Him for each one of my words that in the year 2018 when went to the prosecutor's office that I find myself the lawyer Harry Herrman to make an appointment with them because I heard rumors that something was not right and that a detective went to some client's house I went with my head held high and my heart clean to bring them all the paperwork and copies of checks that I had made in relation to this case, believing that it was something totally legal and correct; same papers and copies with which they later decided to make the case against me. and I went and told them that I was willing to help them in anything they needed me since those people were still after me wanting to give me more checks . I assure you that I have never wanted to go against the government and that if I had known that it was illegal from the first moment, I myself would have called one of the agents with whom I have worked voluntarily for more than 5 years and have delivered money, drugs, weapons and I have even testified in court in favor of the government And because of that many arrests are made. Since I always thought that after failing this country it was the least, I could do for it. Since I believed that what I was doing was something legal, I couldn't make the plead guilty either, although we tried twice. Because in my heart and mind I didn't feel guilty and that's why you just couldn't accept my guilt. I know ignorance is no excuse, but I'm being totally honest with you.

I always insisted to my children all the time when they were growing up that their lives always lead from the hands of God and on the side of the law and thank God there are 2 of them who studied Criminal Justice and now work for the state of Pennsylvania and the other has his own business. Each one also has their precious families, and my happiness is them and my grandchildren who I would love to have the opportunity to see them grow by my side as I always wanted, since I missed part of the growth of my own children.

I am really embarrassed as it is difficult to have to explain to my loved ones how I , a man who always advises everyone about the people around them and who was careful not to do anything wrong from my own lived experience and now to be involved in this problem that for me is something extremely embarrassing and devastating because apart from that situation, I also have to see my parents' faces every day and think that I am going to fail them since I would have to leave them when they need me the most and that I have to miss them is something that does not fit in my head and every day I ask God that you can have mercy and clemency with me and the lives of all my family who depend on me. My parents are already elderly and my father Jorge Vidal has Alzheimer's disease in its third stage the doctors gave him up and he only counts on me and my mother Celestina Nieves is also very ill and I know that this situation is ending her every day

I say goodbye, asking God to continue giving that peace and that wisdom that you reflect on your face.

God bless you and your loved ones

Sincerely,

Eduar Vidal

Septiembre 20th, 2022

Honorable Judge Denise L Cote
United States Courthouse
500 Pearl St
New York, N.Y. 10007

Honorable Judge:

El motivo de esta carta es para pedirle perdón desde lo más profundo de mi corazón por haberle fallado a Dios, a usted, a mi familia y a los Estados Unidos . Espero que entienda que nunca quise hacer algo ilegal, fui la persona más estúpida por creer que lo que estaba haciendo era legal y no dañaba ni a mi vida, ni a la de mi familia, ni a la sociedad. yo creí tener conocimiento del sistema federal porque lo viví en carne propia una vez , por 5 anos y me prometí a mí mismo no hacer nada que fuera contra la ley para no causar tanto dolor a mi familia como se lo causé una vez. Esto para mi es una pesadilla de la cual jamás he encontrado paz desde que todo esto empezó , mi vida y la de mi familia se está destruyendo por yo ser ignorante y también creer en personas que creía que sabían de leyes porque la habían estudiado, ya que hasta busque accesoria legal, como siempre lo hacía cada vez que alguien me hacia cualquier propuesta de negocio y yo no estaba seguro de ella y por eso pude mantener ese negocio por 12 anos del cual estaba orgulloso ya que eso fue lo que mis hijos vieron desde que Dios me dio la oportunidad de volver a la sociedad.

Quiero decirle desde el fondo de mi corazón , sabiendo que Dios está ahí y que tendré que darle cuenta de cada una de mis palabras que cuando yo fui a la fiscalía en el ano 2018, que yo mismo busque al abogado Harry Herman para que me hiciera una cita con ellos porque oi rumores de que algo no estaba correcto y que un detective fue a casa de un cliente, fui con mi frente en alto y mi corazón limpio a llevarles todo el papeleo y copias de cheques que yo había hecho en relación con este caso creyendo que era algo totalmente legal y correcto; mismos papeles y copias con los que luego ellos mismos decidieron hacerme el caso; y yo fui y les dije que estaba dispuesto a ayudarlos en cualquier cosa que ellos me necesitasen ya que todavía esas personas seguían detrás de mi, queriendo darme cheques. Yo le aseguro que nunca he querido irme en contra del gobierno y que si hubiese sabido que era ilegal desde el primer momento yo mismo hubiese llamado uno de los agentes con los que yo he trabajado más de 5 anos voluntariamente y he entregado dinero, droga, armas y hasta he testificado en juicio a favor del gobierno Y debido a eso sean hecho muchos arrestos. Ya que siempre pensé que después de haberle fallado a este país era lo menos que podía hacer para el. Al yo creer que lo que estaba haciendo era algo legal fue que tampoco no pude hacerme culpable, aunque tratamos dos veces. Porque en mi corazón y mi mente yo no me sentía culpable y por eso usted

justamente no pudo aceptar mi culpabilidad. Se que la ignorancia no es excusa, pero estoy siendo totalmente sincero con usted.
Siempre le insistí a mis hijos todo el tiempo cuando iban creciendo que sus vidas la encaminen siempre de las manos de Dios y del lado de la ley y gracias a Dios hay 2 de ellos que estudiaron Justicia y criminal y trabajan para el estado de Pennsylvania y el otro tiene su propio negocio. También cada uno tienen sus preciosas familias y mi felicidad son ellos y mis nietos los cuales me encantaría tener la oportunidad de verlos crecer a mi lado como siempre anhele, ya que me perdí parte del crecimiento de mis propios hijos

Estoy realmente avergonzado ya que es difícil tener que explicar a mis seres amados como yo, un hombre que siempre les aconseje a todos sobre las personas a su alrededor y que se cuidasen de hacer cualquier cosa incorrecta por mi propia experiencia vivida y ahora verme envuelto en este problema que para mí es algo sumamente vergonzoso y devastador porque aparte de esa situación, también tengo que ver cada día la cara de mis padres y pensar que les voy a fallar ya que los tendría que dejar en los momentos que más me necesitan y que yo les tenga que faltar es algo que no cabe en mi cabeza y todos los días le pido a Dios que usted pueda tener misericordia y clemencia conmigo y la vida de toda mi familia que dependen de mí. Mis padres son ya de edad avanzada y mi padre Jorge Vidal tiene la enfermedad de Alzheimer en su tercera etapa y los médicos lo desahuciaron y solo cuenta conmigo y mi madre Celestina Vidal esta también muy enferma y sé que esta situación la está acabando cada día mas

Me despido, pidiéndole a Dios que siga dando esa paz y esa sabiduría que usted refleja en su rostro.

Que Dios la bendiga a usted y sus seres amados

Atentamente,

Eduar Vidal