September 20th, 2022

Honorable Denise L, Cote
United States Court House
500 Pearl St
New York, N.Y. 10007

My name is Celestina Vidal, I live at 2653 Decatur Avenue, apt. 3C, Bronx, N.Y. 10458, I am the mother of Mr. Edward Vidal, and with all the respect you deserve, I ask you to please take into consideration the plea of a desperate mother for her son; since he was found guilty and since that day my heart is fainting day by day consumed by pain, just thinking that I can stop being with my son again. Since years ago we went through that same situation and for that reason I appeal to your mercy since I know that my son was not the same since he faced justice in those years. I have witnessed how my son matured emotionally and decided to take the opportunity that God gave him to be with us again and make a good life in society, first for himself, then for all of us, since he saw us suffering day by day having to go to visit him in a prison for 5 years
I would like to let you know that my husband and father of Edward, Mr. Jorge Vidal, will be 85 years old on November 12 and is in very poor health since he has Alzheimer's disease in the third phase and the doctors have already given up on him. Edward and my daughter Fior Daliza are the people that my husband and I depend on for any type of appointments and errands for us and Edward the most, since Fior Daliza does not drive or have a license and he is the one who makes the important decisions as the man of our family since his father is in that health situation. I know that you must be aware of this type of disease and I would like to tell you that Edward is the only person that his father has never forgotten and sometimes he wakes up at night asking for his son to be called to speak with him. Edward is what drives him to almost all medical appointments and any errands we need to run. This is a devastating situation for our family and that is why I ask you with the cry from the bottom of my heart that you have mercy on us due to his case in process and due to the condition of my husband and also my physical and emotional health. , which has affected the health of my heart, my nerves and my mind in a big way

With desperation, I apologize first to God and then to you for my son and my family for any fault he may have committed out of ignorance and for believing that everyone is trustworthy and honest. I ask you for this request and begged you again to take this case into consideration.

Thank you so much.

Celestina Vidal

Septiembre 20th, 2022

Honorable Denise L, Cote
United States Court House
500 Pearl St
New York, N.Y. 10007

Mi nombre es Celestina Vidal, resido en el 2653 Decatur Avenue, apt. 3C, Bronx, N.Y. 10458, soy la madre del señor Edward Vidal, y con todo el respeto que usted se merece, le pido por favor que tome en consideración la súplica de una madre desesperada por su hijo; ya que fue encontrado culpable y desde ese día mi corazón está desfalleciendo día a día consumida por el dolor , solo de pensar que yo pueda dejar de estar con mi hijo otra vez. Ya que hace años pasamos por esa misma situación y por eso mismo apelo a su clemencia ya que yo se que mi hijo no fue el mismo desde que se enfrentó a la justicia en aquellos años. Yo he sido testigo de ver como mi hijo maduro emocionalmente y decidió tomar la oportunidad que Dios le dio de estar con nosotros otra vez y hacer una vida de bien ante la sociedad, primero por el mismo, después por todos nosotros, ya que nos vio sufriendo día a día teniendo que ir a visitarlo a una cárcel por 5 anos
Quisiera hacerle saber que mi esposo y padre de Edward , el señor Jorge Vidal, va a tener 85 anos en Noviembre 12 y está muy mal de salud ya que tiene la enfermedad de Alzheimer en la tercera fase y los doctores ya lo desahuciaron. Edward y mi hija Fior Daliza son las personas que mi esposo y yo dependemos para cualquier tipo de citas y diligencias para nosotros y más el, ya que Fior Daliza no maneja ni tiene licencia y es el quien toma las decisiones importantes como el hombre de nuestra familia ya que su padre esta en esa situación de salud. Se que usted debe tener conocimiento de este tipo de enfermedad y quisiera decirle que Edward es la única persona que su padre nunca ha olvidado y a veces despierta en la noche pidiendo que le llamen a su hijo para hablar con el. Edward es que lo mueve a casi todas las citas médicas y cualquier diligencia que necesitemos hacer. Esta es una situación desbastadora para nuestra familia y por eso le pido con el clamor desde el fondo de mi corazón que tenga usted misericordia de nosotros debido a su caso en proceso y debido a la condición de mi esposo y también la salud física y emocional mía, la cual ha afectado la salud de mi corazón, mis nervios y mi mente en gran manera

Con desesperación, le pido perdón primero a Dios y después a usted por mi hijo y mi familia por cualquier falta que el haya cometido por ignorancia y por creer que la todo el mundo es confiable y honesto. Le pido por esta petición y le suplico de nuevo que tome en Consideración éste caso.

Muchas Gracias.

Celestina Vidal

Lourdes M. Vidal
429 Susquehanna Blvd
Hazle township, PA
18202

September 19th, 2022

Honorable Denise L. Cote
United States Courthouse
500 Pearl Street,
New York, NY. 10007
Reference Case:1:21-CR-00726-DLC

Honorable Justice Denise Cote:

My name is Lourdes Vidal, I am the wife of Edward Vidal. First of all it is my wish that at the moment you receive this letter it is Almighty God filling you with all the blessings of heaven and answering his requests according to his riches in his glory.

The reason for this letter is to ask you with all humility of heart that you have clemency and mercy for our family and my husband Edward in this shameful situation that has happened. I say shameful because it is sad that after more than 20 years of having gone through a similar situation so sad, stormy and embarrassing in our lives and the Lord has given us the opportunity to have restored our lives and that of our children who passed through without fault therefore the pain of lasting 5 years without being by his father's side and later due to the death of his little brother from cancer due to leukemia when he was 7 years old.

Those were very sad years, but God gave us the opportunity to restore our family and lead our children to be good men, choosing the path of truth and justice. Edward and I promised ourselves before God and we took care of raising them being fair and honest and never doing anything illegal and we have been proud parents knowing that we have done a good job with the help of God.

That is why I speak in favor of my husband Edward Vidal, because despite the fact that he had a difficult childhood and in his life he only knew how to count on his two hands since he was 12 years old since he came from a totally dysfunctional family, the Lord has been restored him and I know that after he faced justice in 1997 and God gave him the opportunity to give him back his freedom and his family in this country, he dedicated himself to work honestly and I know with all my heart that he was careful not to do anything illegal despite having thousands of opportunities. Perhaps it is difficult for you to believe and understand that a 56-year-old person with business skills has truly allowed himself to be deceived and confused so easily but it really is how his lawyer, Ms. Camile Abate, presented him in the trial on Edward's personality; I was surprised that without asking me or anyone, she wisely knew how to discern what kind of person he is; a person who despite his age still believes that everyone is his friend and that everyone is honest and trustworthy. All my life my argument with him has been that without

knowing the person he says that he is his friend and everything the person says is true. I know that ignorance is not an excuse but I can assure you that he never even believe that he was actually doing anything illegal since he foolishly believed in the wrong people instead of researching deeper before entering any business; but believe me that he just having to look at his children's faces and having to try to explain to them how he could fall into that situation and look at his grandchildren's faces and think that he will not be able to be with them is consuming him internally and that brake my soul and that of my children because Edward is a very familiar person; He loves his children and grandchildren with all his heart and they are his life and his pride and he only has us and if he is sentenced to jail, he will immediately be deported and he has no one in the Dominican Republic since all his family lives in the United States.

Please, Madam Judge, I ask you with my heart in my hands that you please ask the Lord for discernment in this situation so that He can make you see who Edward Vidal really is and that you can see that with what He has gone through and has lived in these 3 years that started this case is punishment enough. You know that a prison immediately leads to deportation since he is not a citizen of the United States and that would end our entire family.

Hoping that through these lines the Holy Spirit can show you the truth of our hearts and our cry. The life of my family is in your hands, after the hands of God, and I trust that it is He who guides you to make a decision in favor of us, since what happens to him happens to all of us together.

God bless you,

Lourdes Vidal

Lourdes M. Vidal
429 Susquehanna Blvd
Hazle township, PA
18202

Septiembre 19th, 2022

Honorable Denise L. Cote
United States Court House
500 Pearl St,
New York, NY. 10007
Reference Case: 1:21-CR-00726-DLC

Honorable Jueza Denise Cote:

Mi nombre es Lourdes Vidal, soy la esposa de Edward Vidal. Antes que todo es mi deseo que al momento de usted recibir esta carta sea Dios Todopoderoso llenándole de todas las bendiciones del cielo y respondiéndole sus peticiones de acuerdo a sus riquezas en gloria.

El motivo de esta carta es para pedirle con toda humildad de corazón que usted tenga clemencia y misericordia de nuestra familia y de mi esposo Edward en esta vergonzosa situación que ha pasado. Digo vergonzosa porque es triste que después de más de 20 años de haber pasado por una situación similar tan triste, tormentosa y vergonzosa en nuestras vidas y el señor habernos dado la oportunidad de haber restaurado nuestras vidas y la de nuestros hijos que pasaron sin tener culpa por tanto dolor de durar 5 anos sin estar al lado de su padre y después por la muerte por un cáncer por leucemia de su hermanito menor cuando tenía 7 anos.

Fueron unos años muy tristes, pero Dios nos dio la oportunidad de restaurar nuestra familia y de llevar nuestros hijos a ser hombres de bien, eligiendo el camino de la verdad y de la justicia. Edward y yo nos prometimos delante de Dios y nos encargamos de criarlos siendo justos y honestos y de que nunca hicieran nada ilegal y hemos sido padres orgullosos de saber que hemos hecho un buen trabajo con la ayuda de Dios.

Por eso hablo a favor de mi esposo Edward Vidal, porque a pesar que el tuvo una niñez difícil y en su vida solo supo contar con sus dos manos desde los 12 anos ya que vino de una familia totalmente disfuncional, el señor lo ha restaurado y se que después de que el se enfrentó con la justicia en el ano 1997 y Dios le dio la oportunidad de devolverle su libertad y su familia en este país, el se dedicó a trabajar honradamente y yo se con todo mi corazón que el se cuidó de no hacer nada ilegal a pesar de tener miles de oportunidades. Talvez para usted sea difícil de creer y entender que una persona de 56 anos con habilidad para los negocios verdaderamente se haya dejado engañar y confundir tan fácilmente pero realmente sin que nadie aconsejarla o ni hablarle de la personalidad de Edward Vidal, su abogada , la Sra. Camile Abate lo presento como realmente él es ; una persona que a pesar de la edad que tiene todavía cree que todo el mundo es su amigo y que todo el mundo es honesto y es de confiar. Toda la vida mi discusión con él ha sido de que El sin conocer la persona dice que es su amigo y todo lo que la persona dice es verdad. Yo sé que la ignorancia no es una excusa pero le puedo asegurar que él ni siquiera nunca creyó que verdaderamente estuviera haciendo nada ilegal ya que tontamente creyó en un personas equivocadas en vez de averiguar más profundamente antes de entrar en

cualquier negocio; pero créame que solo con tener que mirar la cara a sus hijos y tener que tratar de explicarles como pudo caer en esa situación y mirarle las caritas a sus nietos y pensar que no va a poder estar con ellos lo esta consumiendo internamente y eso me rompe el alma y la de mis hijos, porque Edward es una persona muy familiar ; el ama con todo su corazón a sus hijos y nietos y ellos son su vida y su orgullo y el madamas nos tiene a nosotros y si lo condenan a una cárcel, inmediatamente le toca deportación y el no tiene a nadie en República Dominicana ya que toda su familia vive en los Estados Unidos.

Por favor Señora Jueza, yo le pido con el corazón en mis manos que usted por favor le pida discernimiento al señor en esta situación para que El pueda hacerle ver quien realmente es Edward Vidal y que usted pueda ver que ya con lo que El ha pasado y ha vivido en estos 3 anos que empezó este caso es suficiente castigo. Usted sabe que una cárcel le conlleva inmediatamente a una deportación ya que el no es ciudadano de los Estados Unidos y eso acabaría con toda nuestra familia .

Esperando que por medio de estas líneas el Espíritu Santo pueda mostrarle la verdad de nuestros corazones y nuestro clamor. La vida de mi familia está en sus manos, después de la de Dios y confío que sea El que la guie a tomar una decisión a favor de nosotros, ya que lo que le pase a el nos pasa a todos juntos.

Que Dios la bendiga,

Lourdes Vidal

ARIEL E. VIDAL

262 E. Rock Rd. Allentown, PA, 18103

| 484-725-0037|

A.V20@icloud.com

**September 10,2022**

Honorable. Denise L. Cote
United States Courthouse
500 pearl St.
New York. NY 10007-1312

**Your Honor,**

First and fore most, I would like to introduce my self. My name is Ariel. The oldest of 3 well raised God fearing men. I am currently employed with the City of Allentown in the state of Pennsylvania, as a Detective in the criminal investigations division of the Allentown police department. I am half way through my six year of employment, and plan on retiring in my twentieth year. God willing. With my knowledge of the justice system I do understand, and respect your position as a judge in the federal court house, and I thank you for everything that you do.

Your Honor, I write you this letter in regards to my father. My father is a great man. In fact sometimes I think he is too kind, and gullible when it comes to others. He considers all strangers that he meets for the first time his friends. Unfortunately for that reason he has been misled to commit many mistakes with his businesses, and life decisions. He is the head of my family, and because of that he believes that he should make decisions on his own without consulting anyone of his son's, who are all men, and knowledgeable in many things. Instead he listens to those who he considers his friends, who at the end only wronged him only to meet their own needs. My father can meet someone for the first time, and invite them to his home, give them clothes, food, and a place to stay, even if he does not know their real names. That is just the type of person that he is.

My fathers name is Eduard Vidal. A kind man, who does not seek to harm others physically, or financially. In regards to his case: 1:21-cr-00726-DLC, it is a result of him trusting others, who do not have his best interests at heart. Unfortunately before he made any of his decisions he did not seek any advise from his most trusted group, which is his family.

[redacted]

Your Honor, his sentencing hearing is coming up, and I ask that you please be merciful. My father means well. After realizing that what he has done is not only wrong in the eyes of God, but also in the law. He is ashamed.

My father Eduard Vidal is loved man, who wears his heart on his sleeve he is not a bad man, or a threat to society how he was painted in this case. I thank you for taking time out of your day to read through this.

Wholeheartedly,

**Ariel E. Vidal**

SEPTEMBER 12, 2022

Erick Vidal
3926 Main st Slatington PA 18080
484-201-7740
erickv19@gmail.com

To: Honorable Denise Cote

United States Courthouse

500 Pearl Street

New York, NY 10007-1312

Reference case : 1:21-CR-00726-DLC

Hello my name is Erick Vidal. I am currently employed by the Lehigh County District Attorney's office as a Central Booking officer and I have been there for over 5 years. I am one of Eduar Vidal's 4 kids. Ever since I was at a young age, my father encouraged us and pushed us to be not only great people but even better fathers. He is a huge part in why I am employed in the Criminal Justice system today. I finger print inmates, do DUI interviews, take defendants to arraignments, file charges in our system while reviewing Police complaints / Affidavits, etc. I mention all this to say I also deal with defendants in the daily basis. I have met murderers, addicts, juveniles , even rapists. With that being said I want to thank you for all you do. You have one of the hardest jobs in this world.

My father is far from perfect but he is NOT a bad person. In fact my father has such a huge heart which makes it one of his biggest downfalls. He helps all those around him and that has led him to where he is at now. Instead of seeking guidance from his immediate family at the time; he let those around him manipulate him. He is not the same man he was at the time this offense was committed.

He knows what he has done and he is extremely ashamed. He is not only torn by the case but embarrassed he is even in this position at this age in his life. My father now has 6 grandchildren and they are all between 5 months and 9 years old. He is working on being a better grandfather than he was a father. I beg you to not look at the image the Criminal Justice system is painting of my father but instead look at his heart. He is NOW a man of God. He has recently preached in church and was also baptized. He has faced the church and confessed on his wrong doings as well as this extremely exhausting process that he is going through. God is working within him and we know this is all part of God's process. This is the closes he's ever been to the Lord, his kids and his wife.

His sentencing hearing is coming up and I pray that you take all this in to consideration. We are a Christian family and believe in our lord and savior Jesus Christ. I pray and I know you will do what is right. Thank you for taking the time to read this letter.

Sincerely,

Erick Vidal

Dear Judge

I am the defendants daughter-in-law. It's been eight years since Eduar welcomed me into his family with open arms. He is both unselfish and caring. He loves his family and has worked hard to provide a good life for them. His persistence to give his family the very best is evident by all his hard work, dedication to his business, and care for his family. He consistently puts the needs of his family and others ahead of his own, and has made every effort to be a good man. Everyone who has a relationship with him has come to know his unselfishness and love for themselves. While my husband and I saved for our own home, he opened his home to us, supported our dreams and gave us time to figure things out, never withholding a thing that could help his children and grandchildren. I've witnessed him be a loving husband, father, and grandfather. Everyone should get an opportunity to redeem their mistakes and live a life that is defined more by all the ways we are good. Eduar's character is so much more than any shortcomings he may have, and we, his family adore him.

With sincere gratitude I thank you for the time you have taken to read this letter.

In appreciation,

Vanedy Vidal

Vanedy Vidal 2/19/22

# EDWARD S. VIDAL

1305 Rye st. Allentown PA 18103 | 917-380-9836 | StevenVidal@me.com


**September 10,2022**

Honorable Denise Cote
United States Courthouse
500 Pearl St.
New York. NY 10007-1312
Reference Case: 1:21-CR-00726-DLC

**Dear Honorable Denise Cote:**

My name is Edward Steven Vidal, I am the youngest son of Eduar A. Vidal. I was both troubled and surprised to hear about his recent case as he is a good man. My dad is far from perfect, but he has always been an honest and fair man. It is for this reason I am happy to write a letter of reference for my father Eduar Vidal, regarding this case. I understand the seriousness of this matter however, I hope the court will show him some mercy.

Eduar always tries an help whoever he can. He is a good person, but an even better father and grandfather. He loves his family, but most importantly he loves his grandkids. He has taught me to be a great father, a great husband, an honest person, and most importantly a God fearing man. My daughters are crazy about him and I would hate for them to have to grow up without him by their side. He has shaped me to be the great man I am today.

In addition to a great father, he is a upstanding member of his community. While it is unfortunate that he made some bad decisions, this resulting in this case. While I was surprised to hear of this misconduct, it comes as no surprise that he is ready to accept responsibility for his actions. We all learn from our mistakes, and I believe as we go forward, he will emerge a better person. In short, my father Eduar has expressed a deep sense of remorse in making such a serious mistake, and I believe in his ability to pay his debt to society.

It is my sincere hope that the courts take this letter into consideration at the time of sentencing. Despite this case I know my father Eduar A Vidal will continue to be a great leader, husband, son, brother, father, grandfather, but most importantly a wiser man who has learned from his mistakes.

Sincerely,

*Edward S. Vidal*

[redacted]


# KIANA B. VIDAL

1305 Rye st. Allentown PA 18103 | 610-969-6819 | KianaVidal@icloud.com


**September 15,2022**

Honorable Denise Cote
United States Court House
500 Pearl St.
New York. NY 10007-1312
Reference Case: 1:21-CR-00726-DLC

**Dear Honorable Denise Cote:**

My name is Kiana Vidal, i am one of the daughter in laws of Eduar Vidal. I met Eduar when i was just 14 years old, for half my life now Eduar has served as a loving father figure not only to my husband but to myself as well. He provided me a love & support I did not know I needed through life. I am the mother of 2 out of 9 of his grandkids, my daughters love him so much and look forward to spending time with him. Their eyes light up when they see each other, the love radiates.

I've had the pleasure to have Eduar in my life for about 14 years now, in those 14 years he has shown such acceptance and kindness. Although he has made mistakes, leading us here today - I've always said he's a man with a heart of gold who would take the shirt of his back for you. He has always been a big family man, always making sure to provide for his family & it is something to admire.

I remember him saying if he can leave his children and grandchildren anything it would be the ability to get a good education, he's always been very firm on education and being educated.

I ask for mercy in his sentencing so my children can enjoy him and he can watch them blossom. Eduar is such an important piece of this family, without him home is empty. Thank you for taking the time to read this letter and having a glimpse of the role Eduar plays for my children and I.

Sincerely,

Kiana B. Vidal

**Miguel Morales Vidal**
750 Topton rd.
Kutztown, PA 19530
(347) 664-3602
miguelmorales2442@gmail.com

1st September 2022

**Honorable Denise Cote:**
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Reference Case: 1:21-CR-00726-DLC

Dear Honorable Denise Cote:

My name is Miguel Morales Vidal, I am the nephew of Eduard A. Vidal. I was fortunate to live with my uncle for many years, and have him guide me in being the man that I am today. I was shocked to hear about this case, as I know my uncle to be a great person. I was a Corrections Officer for approximately 4 years at the Lehigh County Jail. Thus, I am familiar with court procedures. However, I hope the courts will show my uncle mercy in his sentencing.

My uncle has been a great role model in my life and in the life of many that surround him. My Uncle has always kept our family connected with one another, and has brought us closer every day. He has always been a family oriented person, and with a lot of love and respect from the members of his community.

As humans we are not perfect and will unfortunately make mistakes in our lives. However, I know that my uncle is a Godly man and will strive to be a better person. I am confident that my uncle will find a way to right his wrongs by being a good community member. "As humans we must be kind and compassionate to one another, forgiving each other, just as Christ God forgave you." Ephesians 4:32

I hope that the courts will consider this letter in my uncle's sentencing. I am confident that if given another chance, my Uncle will not disappoint the courts and his community.

Sincerely,

Miguel Morales Vidal

September 18th, 2022

Honorable Judge Denise L. Cote
United States Court House
500 Pearl St
New York, NY 0007

Honorable Lady Judge:

After giving you my warmest regards. I am writing to you through this letter to ask for mercy in the case of my brother, Mr. Edward Vidal.

Madam Judge, thank you for your excellent work and your professionalism.
I write to you with my heart in my hands and with a deep pain in my soul. I am Mrs. fior daliza Vidal de Morales, the older sister of Edward Vidal. My brother has made a mistake as a human being, for being a being full of nobility and that he trusts others.
He is the head of my family, my parents and this servant.
My mothers are in very poor health. My father and mother depend absolutely on him for his medical decisions. He is the only one who makes decisions and is the one who most of the time takes them to their medical appointments.
My father, Mr. Jorge Vidal, suffers from Alzheimer's and dementia and he cannot move on his own, nor feed himself. since he has very few neurons left in his brain. The situation we are going through is very unfortunate.
Please, take these conditions and the others into account; My mother has chronic osteoporosis, and it is very difficult for her to do almost all her activities.
My brother Edward Vidal is a good human being, an excellent son, father, brother, uncle, grandfather, husband and friend. For me he is my hero, my protector that I have always admired and respected. I have seen him form and raise an exemplary family, honorable and professional children; he has always protected his neighbor, relative and friend. He has been an excellent father more than an uncle to my children.
I have always seen him work honestly to raise his family
He is an honorable man of family and respect.
Please I beg your mercy in the name of God
Thank you very much.

Sincerely,

Fior Daliza Vidal de Morale

Septiembre 18, 2022

Honorable Judge Denise L. Cote
United States Court House
500 Pearl St
New York, NY 0007

Honorable Jueza Denise L Cote

Honorable Señora Jueza:
Después de darle mis más cordiales saludos. me dirijo a usted por medio de esta carta para pedirle clemencia en el caso de mi hermano, el señor Edward Vidal .

Señora Jueza, gracias por su excelente trabajo y su profesionalismo.
Yo me dirijo a usted con el corazón en las manos y con un profundo dolor e mi alma. Soy la Señora Fior Daliza Vidal de Morales, la hermana mayor de Edward Vidal. Mi hermano ha cometido un error como ser humano, por ser un ser lleno de nobleza y que confía en los demás. El es la cabeza de mi familia, mis padres y esta servidora.
Mis madres se encuentran en muy mal estado de salud. Mi Padre y madre dependen absolutamente de El en cuanto a sus decisiones médicas. El es el único que toma decisiones y es quien la mayoría de las veces los lleva a sus citas médicas.
Mi padre el señor Jorge Vidal padece de Alzheimer y demencia y el no puede moverse solo, ni alimentarse solo . ya que le quedan muy pocas neuronas en su cerebro. Es muy lamentable la situación que estamos pasando.
Por favor, tome presente estas condiciones y las demás; mi madre tiene osteoporosis crónica, y es muy difícil para ella casi hacer todas sus actividades.
Mi hermano Edward Vidal es un buen ser humano, excelente hijo, padre, hermano, tío, abuelo esposo y amigo. Para mí es mi héroe, mi protector que siempre he admirado y respetado. lo he visto formar y criar una familia ejemplar, hijos honorables y profesionales; siempre ha protegido a su prójimo, pariente y amigo. El ha sido un excelente padre más que tío para mis hijos.
Siempre lo he visto trabajar honradamente para levantar a su familia
El es un hombre honorable de familia y respeto.
Por favor le pido clemencia en el nombre de Dios
Muchas Gracias.

Atentamente,

Fior Daliza Vidal de Morales

September 12, 2022

Honorable Justice Denise L. Cote
United States Courthouse
500 Pearl St.
New York, N.Y. 10007-1312

Re. Letter to Eduard Vidal

Honorable Lady Judge:

My name is Fior Daliza Cuevas, residing in 1914 Ridgelawn avenue Bethlehem P.A. I am sir's sister-in-law Eduard Vidal and by this means I want to request clemency from his favor of him, I appreciate his impartiality throughout the trial and
I understand that he was found guilty, but I know that if he has made that mistake in his life perhaps due to ignorance and lack of guidance, I am 100% sure how much he regrets have committed that mistake. My brother-in-law Eduard for me is more than a brother-in-law, he is a faithful friend in moments that I have needed it there is to help not only to me but to everyone around him without expecting anything back, I tell you this because when my children and I came to this country in December 2008, he was the one who gave us shelter
in his house and during the time we were there he never put bad face nor was there mistreatment for my children and I, but everything on the contrary, he is an excellent person, a great husband, father grandfather, son and brother, he and my sister raised a valuable family some children with impeccable behavior and
Today there are three professionals who are very useful to our society.
These children each have a beautiful family, which they gave birth to some grandchildren who adore him and I know that if you give him the opportunity to share the years that God has for you in this earth our family is going to thank you in the soul, his mother and father who are sick people, old advanced and their support is He. for these reasons and many more, I ask you to please give the
opportunity to be able to continue sharing with your beloved family, his beloved wife, his children, grandchildren, his mother and father who suffers from Alzheimer's and every day his health deteriorates more. Thank you for your attention and that hoping you can Consider my request.

Very truly yours,

Fior Daliza Cuevas

12 de Septiembre del 2022

Honorable Jueza Denise L. Cote
Unite States Courthouse
500 Pearl St.
New York, N.Y. 10007-1312
Re. Carta a de Eduard Vidal

Honorable Senora Jueza:

Mi nombre es Fior Daliza Cuevas, con domicilio en 1914 Ridgelawn avenue Bethlehem P.A. soy cunada del senor Eduard Vidal y por este medio quiero solicitarle clemencia a su favor, aprecio su imparcialidad durante todo el juicio y
entiendo que fue declarado culpable, pero yo se que si El ha cometido ese error en su vida tal vez por ignorancia y falta de orientacion, estoy 100% segura de cuanto esta arrependido de haber cometido esa falta.
Mi cunado Eduard para mi es mas que un cunado es un fiel amigo en momentos que lo he necesitado ahi esta para ayudar no solo a mi si no a todo aquel que le rodea sin esperar nada a cambio, le digo esto porque cuando mis hijos y yo llegamos a este pais en Diciembre del 2008 el fue quien nos brindo albergue
en su casa y durante el tiempo que estuvimos alla nunca puso mala cara ni hubo maltrato para mis hijos y yo, sino todo lo contrario, es una excelente persona, un gran esposo, padre abuelo, hijo y hermano, El junto a mi hermana criaron una
familia valiosa unos hijos con un comportamiento intachable y hoy dia son tres profecionales muy util a nuestra sociedad. Estos hijos tienen cada uno una bonita familia, los cuales les dieron unos nietos que lo adoran y yo se que si usted le da la
oportunidad de compartir los anos que Dios le tienen en esta tierra toda nuestra familia se lo va a agradecer en el alma , su madre y su padre que son personas enfermas , de edad avanzada y elsoporte de ellos es El.
Por estas razones y muchas mas le pido que por favor le de la oportunidad de poder , seguir compartiendo junto a su amada familia, su amada esposa, sus hijos, nietos, su madre y su padre el cual sufre de Alzheimer y cada dia su salud se deteriora mas.
Agradeciendole su atencion y que pueda tomar en consideracion mi peticion.

Muy atentamente,

Fior Daliza Cuevas

September 12, 2022

Honorable Judge Denise L Cote
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Honorable Judge Denise L. Cote, I am writing this letter of behalf of Eduard Vidal, begging you to please show mercy In the time of sentencing. Begging you to see if he can do his sentence from home or on parole. He is a good man with a big great heart, the type of person that will give up his plate of food to you if you are hungry and would prefer not eat himself. It is still unbelievable to me how he got himself in that situation to start with. I guess because of his big heart, he sometime tends to be too trusting of people who don't deserve it. Edward has the tendency to believe that most people are good and with good intentions, and in this case the person really got him in trouble and set him up.

Even though he is my uncle, he is like a father to me. There was a point in my my childhood when my mother could not take care of me and my brother and he welcomed us into his already full home with three young children at the time with open arms, and did not mind having two more mouths to feed and take care of. He has always been there for his family and friends.

Edward is a God fearing family man with a wife, three children, and six grand children that count on him and need him in his life. His family already had to go through a terrible event when one of his four sons passed away from cancer. It was a very devastating experience for any parent and family to go through, the emotional distress and the scars left upon everyone's hearts.

I am asking for clemency for Edward Vidal, everyone makes mistakes, but he made his for being too trustworthy and wanting to help other people. His family would be deeply broken and could not sustain themselves without him. He is the head of household in his home and also has to provide and take care of his sick father who has Alzeihmer and has some really bad days that his mother alone cannot handle. We need your help

Thank You for your time,

Wilmar Hara De Leon

September 11th, 2022

To: Honorable Judge
District Court for The Southern District of New York

Dear Sir:

My name is Juana Cuevas, and I had known Edward Vidal more than 20 years ago when we lived at the same neighborhood in our country Dominican Republic. Since our friendship, he only has been showing his kindness, respectfully, and his humility for others.

I know that with your act of kindness and compassion towards him; he will get the opportunity to stay with his families and friends doing the good things that he had been doing all the time, as a good son, a good husband and a wonderful father and friend.

I know that if you prohibit him of his freedom many people going to suffer.
Please I begged you to with my Profound humility that please give him a chance, and we will really appreciate your comprehension and kindness.

All my respect for you,

Thank You

Juana Cuevas

September 15,, 2022

Honorable Judge Denise L Cote

Honorable Judge Denise L. Cote, I would like to hereby respectfully introduce myself, my My name is Raysa Cuevas and I am the sister-in-law of Mr. Eduard Vidal.
I am writing this letter to you hoping with all my heart that you can at least take into consideration this begs. Mr. Eduard Vidal, whom I have known for more than 30 years, I have many good things to say about him and above all to thank him, when I arrived in this country many years ago accompanied by my eldest daughter at that time Eduard and his wife Lourdes Vidal accepted us in his house for a long time without expecting anything in return, never In those years or in the years that I have known we have received a bad action from him,
He has always been a person very attached to his family and capable of taking away what he has for make others feel good I have always admired what a good husband, father and excellent son he is. In more than thirty years that I have known him I have never seen him in a bad mood, even in the so many tests and very difficult situations that he has had in his life. Perhaps for you the things that I mention in this letter are not important but my children and I are very grateful and not only out of gratitude but also because we know the great human being that he is and we believe in him. I hope that because of the great love of God that still exists in some people you can take pity on his cause and have mercy on my brother-in-law Eduard Vidal, which is the only thing we ask of him.
I want to thank you in advance first for taking time and reading this letter.
and also for your kind heart.

Sincerely,

Raysa Cuevas

September 15, 2022

Honorable Juez Denise L. Cote

Honorable Juez Denise L. Cote, quisiera por este medio con todo respeto presentarme, mi nombre es Raysa Cuevas y soy cunada de el señor Eduard Vidal.
Le escribo esta carta esperando de todo corazón que pueda por lo menos tomar en consideración esta suplica. Al señor Eduard Vidal al cual conozco por mas de 30 anos tengo muchas cosas buenas que decir de el y sobre todo agradecer, al yo llegar a este país hace muchos anos atrás acompañada de mi hija mayor para ese entonces Eduard y su esposa Lourdes Vidal nos aceptaron en su casa por mucho tiempo sin esperar nada a cambio, nunca en esos anos ni en los anos que tengo conociendo hemos recibido una mala acción de su parte siempre ha sido una persona muy apegada a su familia y capaz de quitarse lo que tiene para hacer sentir bien al prójimo siempre he admirado lo buen esposo, padre y excelente hijo que es. En mas de treinta años que tengo conociéndole nunca lo he visto mal humorado aun en las tantas pruebas y situaciones muy difíciles que ha tenido en su vida. Quizás para usted las cosas que le comento en esta carta no sean importante pero mis hijos y yo estamos muy agradecidos y no tan solo por agradecimiento sino también porque conocemos el gran ser humano que es y creemos en el. Espero que por el gran amor a Dios que todavía existe en algunas personas usted pueda compadecerse de su causa y tener misericordia para mi cuñado Eduard Vidal que es lo único que le imploramos .
Quiero darle las gracias con anticipación primeramente por tomar de su tiempo y leer esta carta
y también por su amable corazón.

Sinceramente

Raysa Cuevas

Jeelyan N. Martinez T
205 E Cherry St
Palmyra PA 17078

September 12, 2022

Re: Eduard Vidal

To: The Honorable Judge Denise L. Cote

This letter is concerning Eduard Vidal; Eduard Vidal is my uncle. As I have grown he has always been in my life very present and always willing to help anyone. I can remember many times that he has opened his doors to anyone who may need a roof over their head, or even feeding anyone with an empty stomach. My uncle is a kind man who I know is always willing to help.

So my dear Honorable Judge Denise L. Cote I ask you to have mercy on him, he is a good person who makes this world a better place.

Sincerely

Jeelyan Martinez

September 19th , 2022

Honorable Judge Denise Cote,

My name is Ignacio Patricio, Eduar Abigail Vidal sons and I have been close friends since high school. The tenure of our friendship has extended over a decade. During the time, I had the pleasure of getting to know Eduar on a personal level. Eduar, takes pride in being a family man and makes everyone feel as part of the family. I know Eduar to be a man of values and has a tremendous work ethic to protect and provide for his family. Due to his relentless efforts to be a great family man, he is now able to reap the reward of his children being exemplary law-abiding citizens. One is a devoted man of God, Family and a Police Detective. The other two are working to open a truck business and are also devoted men of God, in addition to having beautiful families. I believe his son's successes come largely from the example they witnessed growing up from Eduar as a father. It will be extremely detrimental and disheartening to deprive his grandchildren of the same opportunity that their parents were afforded. I spoke to Eduar recently and the only thing on his mind was family. His family is growing, and he wants too always be there for them. Besides being there physically, I truly feel his presence is necessary to the family. Family members will define Eduar as the glue that keeps everything together. I plead with you today to consider the anchor that Eduar is to his family and loved ones as you come to a decision.

God Bless You!

Yours Truly,

Ignacio Patricio

September 15th, 2022

Honorable Denise Cote
United States Court House
500 Pearl St
New York, NY 10007

Dear Honorable Judge:

My name is Emmanuel Patricio. I consider myself a family friend of Edward Vidal. I grew up with Edward's three sons Ariel, Erick and Edward Steven. In my years knowing Edward, he has always been a man who has prioritized his family and worked extremely hard to give them a better life. I can honestly say that his life is centered around his around his wife and children. I have also had the privilege of watching Edward develop a relationship with the Lord, which is most important. I believe that if Edward is given a second chance, he would be a blessing to the community, his family and his church.

If you have any questions or concerns, feel free to call me at (610)573-9933

Thank You!

Best regards,

Emmanuel Patricio

Emmanuel Patricio

Nehiloth & Judy Jaramillo
48 Wood Street
Pittston, PA 18640

September 19, 2022
Honorable: Denise L. Cote
500 Pearl Street
New York, NY 10007-112

Your Honor,
We would like to introduce ourselves. We are Eduard Vidal pastors. He and his wife congregated at our church, Christian Mission Breath of Life, located in Freeland, PA. For about two years. We have seen that Mr. Vidal has demonstrated to be an honorable and very respectful person, with great principles and great values. We give testimony of his good character.

He came to us for spiritual counseling and prayer because of the situation that he is facing. We are very sad about the suffering his family is going through. We ask for consideration and mercy in this matter. We truly believe that he is a good man, in spite of the mistakes, and faults that he may have.

We believe in a God that gives second chances. May the Lord lead you in this case.

Sincerely,

Nehiloth & Judy Jaramillo
Nehiloth Jaramillo
Judith Jaramillo

September 19th, 2022

Honorable Judge Denise L. Cote

My name is Ramon Infante, I live at 2553 Decatur Ave, Bronx, NY 10458.

First of all, a cordial greeting honorable Judge Denise L. Cote I want you to know that I have taken the time to write you these letters with all sincerity in reference to what I think of Mr. Edward Vidal well I have a friendship of around 8 or 9 years knowing him and part of his family and in that time that I have been dealing with him I have known him quite a bit we have done several businesses and I have never had a complaint about him; even our friendship has grown so much that we are like a family. I have learn to appreciate him because his way of being, he is a good father, a good son, a good grandfather, a good husband, and what else can I tell you about him... He is a tremendous human being, whom I think it would not be fair to deprive him of his freedom because it would do a lot of damage to him and his family much more; because it is a very united and very pretty family. I will stop writing because I could write much more in positive reference to the aforementioned man.

I say goodbye and once again a cordial greeting, Madam Magistrate.

Ramon Infante

Septiembre 19, 2022

Honorable Jueza Denise L. Cote;

Mi nombre es Ramón Infante, residente en el 2553 Decatur Ave, Bronx, NY 10458 .

Primera mente un cordial saludo honorable jueza Denise L. Cote. Quiero que usted sepa que me he tomado el tiempo de escribirle estas letras con toda sinceridad en referencia a lo que pienso del Señor Edwar Vidal. Bueno yo tengo una relación de amistad de alrededor de 8 a 9 años de conocerlo a él y a parte de su familia y en ese tiempo que llevo tratando con él lo he conocido bastante; hemos hecho varios negocios y nunca he tenido una queja de el e incluso nuestra amistad ha crecido tanto que somos como familia y he aprendido a apreciarlo por su forma de ser. Es buen padre, buen hijo, buen abuelo, buen esposo... y que más le digo es tremendo ser humano a quien yo pienso no sería justo privar su libertad por que le haría mucho dañó el y a su familia mucho más ya que es una familia muy unida y muy bonita . Hasta aquí le escribo porque podría escribir mucho más en referencia positiva del señor Edward.

Me despido y nuevamente un cordial saludo señora magistrada

Ramon Infante

Honorable Judge Denise L. Cote
United States Court House
500 Pearl St
New York, NY 10007

Honorable Judge Denise L. Cote
I am Mr. Mario Antonio Morales Vidal, after greeting you cordially, I write this letter to ask yo for a great favor; My uncle Edward Vidal is an excellent human being, with a good heart. He has been an example of work and dedication to his family and to all of us and family.

Please, I beg mercy for him. He has been more of a father than an uncle to us and I have only seen good examples that he has given us and we need him to please us and his children.

I thank you for his mercy.

Thank you so much

Mario A Morales Vidal

Septiembre 18, 2022

Honorable Judge Denise L. Cote
United States Court House
500 Pearl St
New York, NY 0007

Honorable Jueza Denise L. Cote

Soy el señor Mario Antonio Morales Vidal, después saludarle cordialmente , Le escribo esta carta para pedirle un gran favor; Mi tío Edward Vidal es un excelente ser humano, de un buen corazón. Él ha sido un ejemplo de trabajo y dedicación a su familia y a todos nosotros y familia.

Por favor, pido clemencia para él. He ha sido un padre más que tío para nosotros y solo he visto buenos ejemplos que él nos ha dado y lo necesitamos por favor con nosotros y sus hijos.

Le agradezco su piedad.

Muchas Gracias

Mario A Morales Vidal

September 18, 2022